UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY A. SHARP,<br><br>        Plaintiff,<br><br>   vs.<br><br>AUDREY KING, et al.,<br><br>        Defendants. | 1:18-cv-01556-GSA-PC<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR ISSUANCE OF SUBPOENA<br>(ECF No. 7.) |

## I. BACKGROUND

Anthony A. Sharp ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on November 13, 2018. (ECF No. 1.)

On December 26, 2018, Plaintiff filed a request for the issuance of a subpoena compelling defendants to produce documents pertaining to this case. (ECF No. 7.)

## II. DISCOVERY

Plaintiff's request for the issuance of a subpoena is premature because discovery has not been opened in this case. At this stage of the proceedings Plaintiff's Complaint awaits the court's requisite screening process. In addition, none of the defendants have appeared. The court shall not initiate discovery until after the court has screened the Complaint and finds that

Plaintiff states cognizable claims, the Complaint has been served, and one of the defendants has filed an Answer to the Complaint. Accordingly, and Plaintiff's request for the issuance of a subpoena shall be denied.

**III.  CONCLUSION**

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's request for the issuance of a subpoena is DENIED.

IT IS SO ORDERED.

    Dated:  **January 12, 2019**                                     **/s/ Gary S. Austin**
                                                                               UNITED STATES MAGISTRATE JUDGE