# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY A. SHARP,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AUDREY KING, et al.,<br><br>　　　　Defendants. | 1:18-cv-01556-AWI-GSA-PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br>**(ECF No. 10.)**<br><br>**ORDER REVOKING PLAINTIFF'S IN FORMA PAUPERIS STATUS UNDER 28 U.S.C. § 1915(g)**<br><br>**ORDER VACATING ORDER THAT GRANTED PLAINTIFF LEAVE TO PROCEED IN FORMA PAUPERIS AND DIRECTED PAYMENT OF INMATE FILING FEE BY CDCR**<br>**(ECF No. 5.)**<br><br>**ORDER REQUIRING PLAINTIFF TO PAY THE $400.00 FILING FEE IN FULL WITHIN THIRTY DAYS**<br><br>**ORDER FOR CLERK TO SERVE THIS ORDER ON THE CDCR AND THE COURT'S FINANCIAL DEPARTMENT** |

Anthony A. Sharp ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 28, 2019, findings and recommendations were entered, recommending that Plaintiff's *in forma pauperis* status be revoked under 28 U.S.C. § 1915(g) and Plaintiff be required to pay the filing fee in full for this action.[1] (ECF No. 10.) On July 11, 2019, Plaintiff filed objections to the findings and recommendations. (ECF No. 11.)

---

[1] To date, the court has not received any payment for Plaintiff's filing fee in this case. (Court Financial Records.) The filing fee for this action is $350.00 plus a $50.00 administrative fee. 28 U.S.C. § 1914. The $50.00 administrative fee does not apply to persons granted *in forma pauperis* status. Id. Because Plaintiff's *in forma pauperis* status has been revoked, the applicable total filing fee is $400.00.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis. Plaintiff emphasizes his poverty and inability to pay. However, his objections do not address the analysis of the Findings and Recommendation and the application of 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations entered on June 28, 2019, are ADOPTED IN FULL;
2. Plaintiff's *in forma pauperis* status is REVOKED under 28 U.S.C. § 1915(g);
3. The court's order issued on November 19, 2018, granting Plaintiff's application to proceed *in forma pauperis* and directing payment of the filing fee by the CDCR, is VACATED;
4. Within thirty days of the date of service of this order, Plaintiff is required to pay the $400.00 filing fee in full for this action;
5. Plaintiff's failure to comply with this order shall result in the dismissal of this action without further notice; and
6. The Clerk of Court is directed to serve a copy of this order on:
   (1) the Financial Department, U.S. District Court, Eastern District of California; and
   (2) the Director of the California Department of Corrections and Rehabilitation.

IT IS SO ORDERED.

Dated: August 23, 2019

SENIOR DISTRICT JUDGE