UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY A. SHARP,<br><br>          Plaintiff,<br><br>   vs.<br><br>AUDREY KING, et al.,<br><br>          Defendants. | 1:18-cv-01556-AWI-GSA-PC<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR TRANSCRIPTS AND DOCUMENTS**<br>**(ECF No. 19.)** |

      Anthony A. Sharp ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. On November 13, 2018, Plaintiff filed the Complaint commencing this action. (ECF No. 1.)

      On August 26, 2019, the court issued an order revoking Plaintiff's *in forma pauperis* status under 28 U.S.C. § 1915(g), and requiring Plaintiff to pay the filing fee in full for this action within thirty days. (ECF No. 12.) On October 9, 2019, Plaintiff appealed the court's order to the Ninth Circuit Court of Appeals, and the appeal is pending. (ECF No. 14.)

      On October 28, 2019, Plaintiff filed a request for copies of all transcripts and documents from this case, which Plaintiff claims he needs because he filed an appeal to the Ninth Circuit. (ECF No. 19.) To date, no proceedings in court, such as a hearing or trial, have taken place in

this case for which a transcript is available.  Therefore, Plaintiff's request for transcripts shall be denied.  Also, Plaintiff does not need to obtain copies of his case documents to proceed with his appeal as the Court of Appeals has access to the documents filed with the district court. Therefore, Plaintiff's request for copies of documents shall also be denied.

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's request for transcripts and documents from his case, filed on October 28, 2019, is DENIED.

IT IS SO ORDERED.

Dated: **October 31, 2019**          **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE