UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY A. SHARP,<br><br>   Plaintiff,<br><br> vs.<br><br>AUDREY KING, et al.,<br><br>   Defendants. | 1:18-cv-01556-AWI-GSA-PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL (ECF No. 24.)**<br><br>**ORDER DISMISSING THIS CASE, WITHOUT PREJUDICE, FOR FAILURE TO COMPLY WITH THE COURT'S ORDER AND FAILURE TO PAY THE FILING FEE**<br><br>**ORDER FOR CLERK TO CLOSE CASE** |

  Anthony A. Sharp ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On April 17, 2020, findings and recommendations were entered, recommending that this case be dismissed, without prejudice, based on Plaintiff's failure to comply with a court order and failure to pay the filing fee. (ECF No. 24.) Plaintiff was granted fourteen days in which to file objections to the findings and recommendations. (Id.) The fourteen-day time period has expired, and Plaintiff has not filed objections or any other response to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations entered by the Magistrate Judge on April 17, 2020, are adopted in full;
2. This action is dismissed, without prejudice, based on Plaintiff's failure to comply with a court order and failure to pay the filing fee for this action; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   June 26, 2020                                              _____
                                                                                    SENIOR DISTRICT JUDGE

2